**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **DAVID HUTCHERSON,** | : | |
| | : | |
| Claimant, | : | |
| vs. | : | 5:07-CV-107 (CAR) |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| Defendant. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 12] to dismiss the above titled appeal for Claimant's failure to prosecute. No Objection to the Recommendation was filed within the time allowed, and this Court, after considering the matter, agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; Claimant's appeal is **DISMISSED**.

**SO ORDERED**, this 20th day of March, 2008.

                                                          S/ C. Ashley Royal
                                                          C. ASHLEY ROYAL
                                                          UNITED STATES DISTRICT JUDGE

SCS/ssh